**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
|  |  | **CLOSED** |
| **LAURA ROCIO VEGA VARGAS** | : | |
|  | : | |
| Plaintiff(s), | : | Civ. No. 26-3600 (SDW) |
|  | : | |
| V. | : | **ORDER DISMISSING CASE** |
|  | : | **PURSUANT TO L. CIV. R. 41.1** |
| **USCIS, ET AL.** | : | |
|  | : | |
| Defendant(s) | : | |
|  | : | |

It appearing to the Court that the above case has been pending for more than 90 days without any proceeding having taken therein and no objection having been entered at a call of the calendar;

It is this 13th day of August, 2026;

**ORDERED** that the above case be and the same hereby is dismissed in accordance with L. Civ. R. 41.1 without prejudice and without costs to either party.

_____
SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE